**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-cv-80856-EA**

**Andrew Thomas Charles Brown,**

Plaintiff,

v.

**Markwayne Mullin, et al.,**

Defendant,
_________________________________/

**ORDER CLOSING CASE**

This cause is before the Court on the Plaintiff's Motion for Voluntary Dismissal without Prejudice. [ECF No. 11]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.
2. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of November 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:
**Courtney Roderick Soria**
Soria Law
1300 N. Federal Highway Suite 208
Boca Raton, FL 33432
5613183600
Email: courtney@soria-law.com

**Noticing INS Attorney**

Email: usafls-immigration@usdoj.gov

**H. Ron Davidson**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9405
Fax: 305-536-4699
Email: h.ron.davidson@usdoj.gov